UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GUO WENGUI,                                                        :
:
               Plaintiff,                      :
:      20-CV-2781 (JPC)
    -v-                                                          :
:      NOTICE OF
INTIZAR TURSUN *et al.*,                                           :      REASSIGNMENT
:
               Defendants.                     :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

    SO ORDERED.

Dated: October 13, 2020
       New York, New York                          JOHN P. CRONAN
                                                    United States District Judge