```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2002
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
GUO WENGUI,                                                            :
:
                        Plaintiff,                                     :
:      20-CV-2781 (JPC)
        -v-                                                            :
:      ORDER TO SHOW CAUSE
INTIZAR TURSUN *et al.*,                                               :
:
                        Defendants.                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Complaint in this case was filed on April 3, 2020, *see* Dkt. 1, but the docket does not reflect that the Complaint was ever served on the Defendants. It is hereby ORDERED that the Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. If the Court does not receive any communication from Plaintiff by October 27, 2020, showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

SO ORDERED.

Dated: October 13, 2020
       New York, New York                  _____
                                           JOHN P. CRONAN
                                           United States District Judge